UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PAUL R. JOHNSON, *et al.*, | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-12-76 |
| | § | |
| EUGENE M. ISENBERG, *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Plaintiff's notice of dismissal without prejudice (Dkt. 4) is GRANTED. It is therefore ORDERED that all claims in this matter are DISMISSED without prejudice.

Signed at Houston, Texas on February 21, 2012.

_____
Gray H. Miller
United States District Judge